# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY LIVINGSTON, and KOBI LYLES, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUALFON DATA SERVICES GROUP, LLC,<br><br>Defendant. | Case No. 2:20-cv-12302-PDB-APP<br><br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B) |
| ADRIANA McBRIDE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DMI GC HOLDINGS, LLC d/b/a DIALOG DIRECT a QUALFON COMPANY,<br><br>Defendant. | Case No. 2:20-cv-12305-PDB-DRG<br><br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B) |

# ORDER GRANTING JOINT MOTION TO CONSOLIDATE FOR SETTLEMENT PURPOSES (ECF NO. 27)

Considering the foregoing Joint Motion to Consolidate for Settlement Purposes (the "Motion") (ECF No. 27) filed by plaintiffs, Kimberly Livingston and Kobi Lyles, and Defendant Qualfon Data Services Group, LLC ("Qualfon") in Case No. 20-cv-12302, with the consent and agreement of Adriana McBride and DMI GC Holdings, LLC d/b/a Dialog Direct, a Qualfon Company (the Parties in Case No. 2:20-cv-12305-PDB-DRG (E.D. Mich.), the *McBride* Action)[1]:

IT IS ORDERED:

1.  The Motion is GRANTED.

2.  IT IS FURTHER ORDERED that the action captioned *Adriana McBride v. DMI GC Holdings, LLC d/b/a Dialog Direct, a Qualfon Company*, 5:20-cv-12305-PDB-DRG (E.D. Mich.) is hereby consolidated with *Livingston, et al. v. Qualfon Data Services Group, LLC,* 2:20-cv-12302-PDB-APP (E.D. Mich.) for settlement purposes only.

3.  From the date of this Order, and until further orders of the Court,

---

[1] On August 26, 2021, Chief Judge Denise Page Hood issued an order reassigning Case No. 20-cv-12305 from District Court Judge Judith E. Levy to this Court, for docket efficiency. (Case No. 20-cv-12305, ECF No. 28.)

all papers filed in either of the actions consolidated by this Order shall be filed only in Civil Action No. 2:20-cv-12302-PDB-APP, and shall bear the consolidated caption above.

4. The clerk will file copies of pleadings in docket No. 2:20-cv-12305-PDB-DRG by order of the Court, on request of a party for good cause shown.

Ordered this 27th day of August, 2021.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE