UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY LIVINGSTON, and KOBI LYLES, Individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>QUALFON DATA SERVICES GROUP, LLC,<br><br>**Defendant.** | Case No. 2:20-cv-12302-PDB-APP<br><br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B)** |
| ADRIANA McBRIDE, Individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>DMI GC HOLDINGS, LLC d/b/a DIALOG DIRECT a QUALFON COMPANY,<br><br>**Defendant.** | Case No. 2:20-cv-12305-PDB-DRG<br><br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B)** |

# **JUDGMENT**

For the reasons stated in an Order issued this same day, it is ORDERED AND ADJUDGED that these consolidated actions are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: March 4, 2022                                s/Paul D. Borman
                                                    Paul D. Borman
                                                    United States District Judge